983 F.2d 1068
 142 L.R.R.M. (BNA) 2704
 NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
W.S. SMITH ELECTRIC, INC., Respondent.
 No. 92-6543.
 United States Court of Appeals, Sixth Circuit.
 Jan. 12, 1993.
 
 Before KEITH and ALAN E. NORRIS, Circuit Judges, and BAILEY BROWN, Senior Circuit Judge.
 
 
 1
 SUPPLEMENTAL JUDGMENT ENFORCING AN ORDER OF THE NATIONAL
 
 LABOR RELATIONS BOARD
 
 2
 This Court having on June 9, 1989, entered its judgment enforcing in full the amounts due under the Order of the National Labor Relations Board, the Board, on September 21, 1992, issued its Order fixing the amounts due and having thereafter applied to this Court for summary entry of a supplemental judgment specifying the amounts due:
 
 
 3
 IT IS HEREBY ORDERED AND ADJUDGED by the Court that Respondent, W.S. Smith Electric, Inc., Novi, Michigan, its officers, agents, successors, and assigns, shall make whole the fringe benefit funds and the Union by paying to the appropriate funds and the Union the amounts listed below, with interest to be computed in the manner prescribed in New Horizons for the Retarded, 283 NLRB 1173 (1987), minus tax withholdings required by Federal and state laws:
 
 
 4
 Health and Welfare $496.80
Pension 680.80
National Electrical Benefit Fund 137.02
Apprenticeship Fund
 (Bay City J.E.A.T.C.) 22.83
Union Dues 91.34
TOTAL $1,428.79